1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  LEXI NEGIN, SBN #250376
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   RICARDO DURAN

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           ) Case No. 2:20-cr-00228-JAM-1
                                        )
12            Plaintiff,                ) **STIPULATION AND ORDER TO**
                                        ) **CONTINUE STATUS CONFERENCE AND**
13  vs.                                 ) **EXCLUDE TIME**
                                        )
14  RICARDO DURAN,                      ) Date: January 26, 2021
                                        ) Time: 9:30 a.m.
15            Defendant.                ) Judge Hon. John A. Mendez
                                        )
16  _____)

17         IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18  Attorney, through Alexis Nelsen, Assistant United States Attorney, counsel for Plaintiff

19  (hereinafter "the government") and Heather Williams, Federal Defender, through Assistant

20  Federal Defender Lexi Negin, counsel for Defendant Ricardo Duran (hereinafter "defense

21  counsel"), **that the status conference scheduled for January 26, 2021 may be vacated and**

22  **continued to March 16, 2021 at 9:30 a.m.**

23         The parties stipulate as follows:

24      1. By previous order, this matter was set for a status on January 26, 2021.

25      2. The parties, by stipulation, request move to continue the status conference to

26         March 16, 2021 at 9:30 a.m.

27      3. Defense counsel represents that they require additional time to review discovery,

28

conduct further legal research; meet with her client to discuss potential resolution; and otherwise prepare for trial.

4. Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Therefore, the parties stipulate that that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial, and request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 26, 2021 and March 16, 2021 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at defense counsel's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 22, 2021

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorneys for Defendant
PATRICIA CISNEROS

Date: January 22, 2021

McGREGOR W. SCOTT
United States Attorney

*/s/ Alexis Nelsen*
ALEXIS NELSEN
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Status Conference for all defendants is set for January 26, 2021 is continued to March 16, 2021, at 9:30 a.m. before Honorable John A. Mendez.

IT IS SO ORDERED.

DATED: January 22, 2021                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE