HEATHER E. WILLIAMS, SBN #122664
Federal Defender
LEXI NEGIN, SBN #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RICARDO DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-00228-JAM-1 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| RICARDO DURAN, | ) Date: April 27, 2021 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Alexis Nelsen, Assistant United States Attorney, counsel for Plaintiff (hereinafter "the government") and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Ricardo Duran (hereinafter "defense counsel"), **that the status conference scheduled for April 27, 2021 may be vacated and continued to June 1, 2021 at 9:30 a.m.**

Defense counsel represents that she requires additional time to review discovery, conduct further legal research; meet with her client to discuss potential resolution; and otherwise prepare for trial. Defense counsel believes that failure to grant the requested continuance would deny Mr. Duran the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including June 1, 2021; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: April 22, 2021                     */s/ Lexi Negin*
                                        LEXI NEGIN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        RICARDO DURAN

Date: April 22, 2021                     PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        */s/ Alexis Nelsen*
                                        ALEXIS NELSEN
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders the time excluded from April 27, 2021 through June 1, 2021 from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). The Court finds the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. It is further ordered the April 27, 2021 status conference shall be continued until June 1, 2021, at 9:30 a.m. before Honorable John A. Mendez.

IT IS SO ORDERED.

DATED:  April 22, 2021                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE