| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | LEXI NEGIN, SBN #250376<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>RICARDO DURAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00228-JAM-1 |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND HEARING RE MOTION TO SUPPRESS AND EXCLUDE TIME** |
| vs. | ) | |
| RICARDO DURAN, | ) | Date: August 10, 2021 |
| Defendant. | ) | Time: 9:30 a.m.<br>Judge Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Alexis Nelsen, Assistant United States Attorney, counsel for Plaintiff (hereinafter "the government") and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Ricardo Duran (hereinafter "defense counsel"), **that the status conference and the Hearing re Motion to Suppress, both scheduled for August 10, 2021 may be vacated and continued to August 17, 2021 at 9:30 a.m.**

Defense counsel requires additional time to review discovery, conduct further legal research; meet with her client to discuss potential resolution; and otherwise prepare for the motion hearing. Defense counsel believes that failure to grant the requested continuance would deny Mr. Duran the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence. The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including August 17, 2021; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation and Local Code E based on Defendant's pending Motion to Suppress.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 6, 2021          /s/ Lexi Negin
                              LEXI NEGIN
                              Assistant Federal Defender
                              Attorneys for Defendant
                              RICARDO DURAN

Date: August 6, 2021          PHILLIP A. TALBERT
                              Acting United States Attorney

                              /s/ Alexis Nelsen
                              ALEXIS NELSEN
                              Assistant United States Attorney
                              Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders the time excluded from August 10, 2021 to August 17, 2021 from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) and 18 U.S.C §18:3161(h)(1)(D) Local Code E (pending motion). The Court finds the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. It is further ordered the August 10, 2021 status conference shall be continued until August 17, 2021, at 9:30 a.m. before Honorable John A. Mendez.

IT IS SO ORDERED.

Date: August 6, 2021                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE