PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL BECKWITH
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO MANUEL DURAN,<br><br>Defendant. | CASE NO. 2:20-CR-00228 JAM<br><br>**STIPULATION TO VACATE JURY TRIAL, AND ASSOCIATED DATES AND DEADLINES, AND TO SET CHANGE OF PLEA HEARING; ORDER**<br><br>DATE:  October 25, 2021<br>TIME:   9:30 a.m.<br>COURT: Hon. John A. Mendez |

IT IS HEREBY STIPULATIED by and between Phillip A. Talbert, Acting United States Attorney, through Alexis Nelsen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Megan Hopkins, Assistant Federal Defender, counsel for Defendant Ricardo Duran, that the pending jury trial be vacated and the matter be set for a change of plea, as follows:

1. The jury trial set for October 25, 2021, at 9:30 a.m., be vacated, as the government, defendant, and his counsel, have executed a plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C);

2. The dates ordered for all associated trial filings, including motions in limine and trial briefs, be vacated; and

3. The matter be set on the Court's calendar for change of plea on October 26, 2021, at 9:30 a.m.

STIPULATION TO VACATE JURY TRIAL AND ORDER           1

Time has previously been excluded through the first day of trial, October 25, 2021, under Local Code T4. To the degree it is necessary, the parties agree that the ends of justice served by setting the matter for a change of plea outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that the previously entered time exclusion is appropriate pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated:  October 13, 2021            PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                   By:  /s/ ALEXIS NELSEN
                                                  ALEXIS NELSEN
                                                  Assistant United States Attorney

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ MEGAN T. HOPKINS
                                                  MEGAN T. HOPKINS
                                                  Assistant Federal Defender

**ORDER**

The stipulation by the parties to vacate the jury trial, set for October 25, 2021, and all associated deadlines and dates, is hereby ADOPTED. It is SO ORDERED that the jury trial and associated dates are vacated. It is FURTHER ORDERED that this matter be set for change of plea on October 26, 2021, at 9:30 a.m.

It is SO ORDERED.

Dated: October 13, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE