HEATHER E. WILLIAMS, SBN #122664
Federal Defender
LEXI NEGIN, SBN #250376
MEGAN T. HOPKINS, #294141
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RICARDO DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO DURAN,<br><br>Defendant. | Case No. 2:20-cr-00228-JAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING**<br><br>Date: October 26, 2021<br>Time: 9:30 a.m.<br>Judge Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Alexis Nelsen, Assistant United States Attorney, counsel for Plaintiff (hereinafter "the government") and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin and Megan Hopkins, counsel for Defendant Ricardo Duran (hereinafter "defense counsel"), **that the change of plea hearing currently scheduled for October 26, 2021 be continued to December 14, 2021,** and that the Court exclude time pursuant to local codes T-4 and M due to the unavailability of Mr. Duran.

    On Friday, October 22, 2021, undersigned counsel was informed that Mr. Duran had contracted Covid 19 and was unable to attend an attorney visit at the jail. Counsel attempted a video teleconference with Mr. Duran on Monday, October 25, 2021, but was again told that Mr. Duran is in isolation due to having the Covid 19 virus and was unavailable.

Due to Mr. Duran's current unavailability and defense counsel's inability to meet with him to prepare for his change of plea, the parties agree that failure to grant the requested continuance would deny Mr. Duran the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including December 14, 2021; pursuant to 18 U.S.C. §3161(h)(3)(A)(B) [defendant unavailable] and (h)(7)(A) and (h)(7)(B)(iv) [reasonable time to prepare] and General Order 479, Local Codes T4 and M.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: October 25, 2021                        */s/ Lexi Negin*
                                                LEXI NEGIN
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defenders
                                                Attorneys for Defendant
                                                RICARDO DURAN

Date: October 25, 2021                        PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                */s/ Alexis Nelsen*
                                                ALEXIS NELSEN
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders the time excluded from October 26, 2021 to December 14, 2021 from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(3)(A)(B) [defendant unavailable] and (h)(7)(A) and (h)(7)(B)(iv) [reasonable time to prepare] and General Order 479, Local Codes T4 and M.

The Court finds the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  It is further ordered the October 26, 2021 change of plea hearing shall be continued until December 14, 2021, at 9:30 a.m. before the Honorable John A. Mendez.

IT IS SO ORDERED.

Date: October 25, 2021                       /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE