UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>RICARDO MANUEL DURAN,<br><br>             Defendant. | No.  2:20-cr-00228-JAM<br><br>**RECUSAL ORDER** |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that all pending dates before Senior Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings.

IT IS SO ORDERED.

DATED: January 27, 2025      /s/ John A. Mendez
　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　Senior United States District Judge